IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

S.D., and *ex rel.* D.D. and
*Next Friend of* M.D

Case No. 6:17-cv-00770-MK
**ORDER AND OPINION**

Plaintiffs,

vs.

CLIDE SAIKI, *et al.*,

Defendants.

AIKEN, District Judge:

Magistrate Judge Mustafa Kasubhai has filed his Findings and Recommendation ("F&R") (doc. 125) recommending that this case should be dismissed with prejudice and that plaintiff should be precluded from filing a fifth amended complaint. The matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When either party objects to any portion of a magistrate judge's F&R, the district court must make a *de novo* determination of that portion of the magistrate judge's report. *See* 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore*

PAGE 1 –ORDER

*Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert denied*, 455 U.S. 920 (1982). Plaintiffs have filed timely objections[1] (docs. 141 and 142), and defendants have filed a response to those objections (doc. 143). Thus, this Court reviews the F&R *de novo*.

This Court has reviewed plaintiffs' objections and attached documents and find no error in Magistrate Judge Kasubhai's F&R. Thus, the Court adopts the F&R (doc. 125) in its entirety. Accordingly, this action is dismissed, with prejudice. All other pending motions and requests are denied as moot.

IT IS SO ORDERED.

Dated this 31st day of January, 2020.

_____
Ann Aiken
United States District Judge

---

[1] This Court has granted three extension of time for plaintiffs to file objections. (docs. 131, 135, 138.)